IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JOYCE (CAMP) McDERMOT,       )
                             )
            Plaintiff,       )
                             )
vs.                          )   Case No. 6:17-cv-03044-MDH
                             )
CAROL DAVIS and              )
TANEY COUNTY, MISSOURI,      )
                             )
            Defendants.      )

## DEFENDANTS' REPORT ON STATE COURT PROCEEDINGS

COME NOW the Defendants, by and through their counsel of record, Keck, Phillips & Wilson, LLC, and state the following to the Court:

1. Defendants have no material disagreement with Plaintiff's report regarding *McDermot v. Doner, et al.*, Lawrence County Case No. 17LW-CC000002.

2. There has been other recent activity in *In the Matter of Barbara Hilderbrand*, Taney County Case No. 12AF-PR00152, the original probate preceding that disposed of the assets of the Hilderbrand Trust that is the subject of the instant case. The Doner family has asked the Court to re-open that case and hear a motion for relief from the final judgment approving final settlement of the estate. It is anticipated that the Taney County Probate Court will hear that motion during May, June or July this year.

3. Defendants agree that, in light of the Court's rulings in this matter thus far, it is reasonable to continue the stay until more of the underlying issues are determined by the state courts as discussed herein.

Respectfully submitted,

KECK, PHILLIPS & WILSON, LLC

By: */s/Matthew D. Wilson*
    Patricia A. Keck    #42811
    Matthew D. Wilson    #59966
    3140 E. Division
    Springfield, Missouri 65802
    Phone: 417-890-8989
    pat@kpwlawfirm.com
    matt@kpwlawfirm.com
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a complete copy of the foregoing was served on all counsel of record herein via ECF this 16th day of April, 2019, to:

Mr. Timothy Davis
Attorney at Law
PO Box 1625
Branson, MO 65615

    */s/ Matthew D. Wilson*
    Matthew D. Wilson